UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Muhammad

-v-

Horn

Document # 6

USCA NO. _____

SDNY NO. 7cv'8112

JUDGE: KMW

DATE: Oct. 22, 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) THOMAS PISARCZYK
FIRM APPEALS SECTION
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------

DOCUMENTS                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(✓) Original Record                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of OCTOBER 2007.

United States District Court for
the Southern District of New York

Date: 10-22-2007

U.S.C.A. # _____

_Muhammad_

U.S.D.C. # 07cv-8112

-v-

D.C. JUDGE KMW

_Horn_

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**           **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __22nd__ Day of __October__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-08112-KMW
### Internal Use Only

Muhammad v. Horn et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 09/17/2007
Date Terminated: 09/17/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Robert Muhammad.(mbe) (Entered: 09/20/2007) |
| 09/17/2007 | 2 | COMPLAINT against Martin F. Horn, Imam Umar, Brian Riordan. Document filed by Robert Muhammad.(mbe) (Entered: 09/20/2007) |
| 09/17/2007 |   | Magistrate Judge James C. Francis is so designated. (mbe) (Entered: 09/20/2007) |
| 09/17/2007 | 3 | ORDER OF DISMISSAL I grant plaintiff's application to proceed in forma pauperis, but I dismiss the complaint for the following reasons. Because plaintiff fails to allege that his own First Amendment rights were violated by defendants' conduct, he does not have standing to pursue this action. The complaint therefore must be dismissed. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted. Pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 9/17/2007) (mbe) (Entered: 09/20/2007) |
| 09/17/2007 | 4 | CIVIL JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 9/17/2007) (mbe) (Entered: 09/20/2007) |
| 10/17/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Robert Muhammad. (tp) (Entered: 10/22/2007) |
| 10/17/2007 |   | Appeal Remark as to [5] Notice of Appeal filed by Robert Muhammad. $455.00 APPEAL FEE DUE. IFP REVOKED 9/17/07. (tp) (Entered: 10/22/2007) |
| 10/22/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 10/22/2007) |
| 10/22/2007 |   | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 10/22/2007) |